S. Todd Neal
Zagros S. Bassirian
PROCOPIO, CORY, HARGREAVES & SAVITCH, LLP
525 B Street, Suite 2200
San Diego, CA 92101
Telephone: (619) 906-5759
Facsimile: (619) 744-5478

Attorneys for Plaintiff Kloudrac, Inc.

MUNDELL, ODLUM & HAWS, LLP
MARSHALL BRUBACHER, #199100
mbrubacher@mohlaw.com
650 East Hospitality Lane, Suite 470
San Bernardino, CA 92408-3595
Telephone: (909) 890-9500
Facsimile (909) 890-9580

ABYE LAW OFFICES
MIKAEL A. ABYE, #233458
mick@abyelaw.com
90 New Montgomery St., Suite 1250
San Francisco, CA 94105
Telephone: (415) 341-4519

Attorneys for Defendant and Third-party
Plaintiff Digital Realty Trust, Inc.

**FILED**

Aug 22 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| KLOUDRAC, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIGITAL REALTY TRUST, INC., a Maryland corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 3:22-cv-02448-TSH <br><br> **STIPULATION RE DISMISSAL** <br><br> [Originally filed in San Francisco Superior Court, Case No. CGC-21-597384] |
| DIGITAL REALTY TRUST, INC., a Maryland corporation; | |

|   |   |
|---|---|
| Third Party Plaintiff, | |
| v. | |
| SOAPROJECTS, INC. and RAVINDER AHLU WALIA. | |
| Third Party Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to the above-captioned case, by and through their respective attorneys of record, that this case be dismissed in its entirety, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(l).

DATED:  August 22, 2022

S. Todd Neal
Zagros S. Bassirian
PROCOPIO, CORY, HARGREAVES & SAVITCH, LLP

By: */s/ Zagros S. Bassirian*
S. Todd Neal
Zagros S. Bassirian
Attorneys for Plaintiff Kloudrac, Inc.

DATED:  August 22 , 2022

MARSHALL L. BRUBACHER
MUNDELL, ODLUM & HAWS, LLP

MIKAEL ABYE
ABYE LAW OFFICES

By: */s/ Marshall L. Brubacher*
Marshall L. Brubacher
Attorneys for Defendant and Third-party Plaintiff Digital Realty Trust, Inc.

\*\*\*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 22, 2022

Thomas S. Hixson
United States Magistrate Judge

3
STIPULATION RE DISMISSAL